BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street, Suite 1550
Santa Ana, CA  92705-4067
Telephone:    949.863.3363
Facsimile:    949.863.3350

Attorneys for Creditors
TRINITY FINANCIAL SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EFREM ROSENBERG,<br><br>Debtor, | Case No.  1:17-bk-13413-VK<br><br>Chapter Number:  13<br><br>**SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S AMENDED OBJECTION TO CHAPTER 13 PLAN AND JOINDER TO CHAPTER 13 TRUSTEE'S OBJECTIONS TO PLAN**<br><br>**Plan Confirmation Hearing:**<br><br>**Date:    05/08/18**<br>**Time:    9:30 a.m.**<br>**Ctrm:    301**<br>**          21041 Burbank Blvd**<br>**          Woodland Hills, CA 91367** |

Secured Creditor TRINITY FINANCIAL SERVICES, LLC ("Trinity") hereby amends its prior objection to confirmation of the Debtor's proposed Chapter 13 Plan [Dkt. No. 11] (the "Plan") in the above-referenced matter.  Trinity's previous objection was filed on February 27, 2018 [Dkt. No. 26].

Trinity hereby JOINS in the objections stated by the Chapter 13 Trustee in her *Trustee's Objection to Confirmation of Plan; Declaration; Notice of Possible Dismissal or Conversion* filed March 15, 2018 [Docket No. 32] (the "Trustee's Objection").  As of the date of this filing,

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4837-3833-8403 v1
06836-0089

- 1 -

1:17-BK-13413-VK
OBJECTION TO PLAN

the Court's Docket does not indicate the Debtor has addressed any of the Debtor's failures cited in the Trustee's Objection, including substantiating the income and expense figures on which the Debtor's Proposed Plan are based..

Additionally, Trinity objects to the Debtor's proposed Plan because he has not submitted required information regarding his disposable income.  The provisions of 11 U.S.C. § 1325 set forth the requirements for the Court to confirm a Chapter 13 plan.  The burden is on the debtor to demonstrate that the plan meets the conditions essential for confirmation.  *Warren v. Fidelity & Casualty Co. of N.Y. (In re Warren)*, 89 B.R. 87, 93 (B.A.P. 9th Cir. 1988).

The Debtor has failed to file Official Form 122-C2, *Chapter 13 Calculation of Your Disposable Income*.  The Debtor filed his Schedules on January 11, 2018 [Dkt. No. 10] and the Official Form 122C-2 he filed is blank (See Dkt. No. 10, pages 44-50).  The Debtor's Plan states that he will only be able to pay a total of $29,103.45 over five years towards his Plan obligations (Section I.A.).  However, without the required Official Form 122-C2, the Debtor has not substantiated this figure and cannot meet his burden for confirmation under 11 U.S.C. § 1325(a)(1), (3), and (6).

Based on the foregoing, Trinity respectfully requests that the Plan not be confirmed. Trinity reserves the right to argue the applicable legal issues at the May 8, 2018 confirmation hearing in this case.

Dated: April 24, 2018					Respectfully submitted,

							BURKE, WILLIAMS & SORENSEN, LLP


							By: _____
							      Richard J. Reynolds
							      Rafael R. Garcia-Salgado
							      Attorneys for Creditor
							      TRINITY FINANCIAL SERVICES, LLC

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4837-3833-8403 v1
06836-0089

- 2 -

1:17-BK-13413-VK
OBJECTION TO PLAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1851 East First Street, Suite 1550, Santa Ana, California  92705-4067

A true and correct copy of the foregoing document entitled (*specify*): SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S AMENDED OBJECTION TO CHAPTER 13 PLAN AND JOINDER TO CHAPTER 13 TRUSTEE'S OBJECTIONS TO PLAN

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/24/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- Richard Mark Garber    rickgarber@sbcglobal.net
- Rafael R Garcia-Salgado    rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com
- Christina J O    christinao@mclaw.org, CACD_ECF@mclaw.org
- Richard J Reynolds    rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com
- Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
- Gabor Szabo    smdulaw@sbcglobal.net
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4/24/18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Mark Efrem Rosenberg
12731 Hatteras Street
Valley Village, CA 91607

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 4/24/18, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Victoria S. Kaufman, United States Bankruptcy Court, Central District of California, 21041 Burbank Boulevard, Suite 354, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/24/18 | Bernadette C. Antle | /s/ Bernadette C. Antle |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**