BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone: 949.863.3363
Facsimile: 949.863.3350

Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MARK EFREM ROSENBERG aka MARK E. ROSENBERG aka MARK ROSENBERG fdba NEW RAVE BATHROOMS aka EPHRAIM ROSENBERG fdba RR PACKAGING & ASSEMBLY,<br><br>Debtor, | Case No. 1:17-bk-13413-VK<br><br>Chapter Number: 13<br><br>**DECLARATION OF RAFAEL R. GARCIA-SALGADO IN SUPPORT OF SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN**<br><br>**Plan Confirmation Hearing:**<br><br>Date: **12/18/18**<br>Time: **9:30 a.m.**<br>Ctrm: **301**<br>**21041 Burbank Blvd**<br>**Woodland Hills, CA 91367** |

I, RAFAEL R. GARCIA-SALGADO, declare:

    1.    I am an attorney at law duly licensed to practice before all of the courts of the State of California, as well as the state's federal district and bankruptcy courts.

    2.    I am an associate in the law firm of Burke, Williams & Sorensen, LLP ("Burke"), counsel for Creditor Trinity Financial Services, LLC ("Trinity"). I have personal knowledge of the following facts and statements in this declaration, unless otherwise stated, and if called upon

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4849-3357-5035 v1
06836-0089

- 1 -

1:17-BK-13413-VK
OBJECTION TO SECOND AMENDED PLAN

to testify, I could and would testify competently thereto. This declaration is submitted in support of Trinity's *Objection to Second Amended Chapter 13 Plan* [Docket No. 85] (the "Objection").

3. In its Objection, Trinity asserts that the Debtor has not accurately reported his current monthly income ("CMI"), and that if correct CMI and Means Test calculations are performed, then the Debtor's commitment period will need to be 60 months and the Debtor will be required to file Official Form 122C-2, *Chapter 13 Calculation of Your Disposable Income* in order to support the amounts to be paid in a confirmable plan.

4. On November 9, 2018, Debtor's counsel provided me with a copy of the Debtor's 2017 tax returns, which were prepared in April 2018. Attached hereto marked as **Exhibit A** are redacted pages from the Debtor's tax returns reflecting the income the Debtor reported. Based on a review of those returns, the following income items were reported for the entire 12 months of 2017:

| | |
|---|---|
| $46,918 | Debtor's Income as partial owner of Arcade & Party Rentals by GEMS, Inc. ("GEMS") |
| $34,620 | Debtor's salary from GEMS |
| $29,300 | Debtor's Spouse's income |

5. In support of confirmation of his Plan, the Debtor has testified as follows regarding his income in 2017: "I am paid fixed salary of $2,500.00 per month and a fixed draw of $3,500.00 per month. *At the end of the year,* we determine whether or not there is net income that is available to distribute to the owners, and if so, how much to distribute."

6. In his Amended Schedule I filed October 25, 2018 [Docket No. 81], the Debtor reports the same income totaling $6,000 per month. Amended Schedule I also reports the Debtor's Spouse's income as $2,441.66 per month.

7. Based on the income reported in the tax returns, however, the Debtor's monthly income during 2017 was $6,794.83 ($81,538/12). Debtor's Spouse's reported Schedule I income matches the tax returns. Therefore, the total average monthly income that the Debtor should have reported on line 11 of his Official Form 122C-1 (Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period [Docket No. 10, filed 1/11/18, pp. 41-43] is

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4849-3357-5035 v1
06836-0089

- 2 -

1:17-BK-13413-VK
OBJECTION TO SECOND AMENDED PLAN

$9,236.49. This amount of current monthly income results in a total for the year of $110,837.88, which exceeds the median family income of $106,244.00 for California and the size of the Debtor's household. The Debtor therefore earns above-median income. Consequently, the Debtor should have checked box 17b. on his Official Form 122C-1, and the Court should order the Debtor to file Official Form 122C-2, *Chapter 13 Calculation of Your Disposable Income* in order to support the amounts to be paid in a confirmable plan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of November, 2018 at Santa Ana, California.

*[signature]*

Rafael R. Garcia-Salgado

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4849-3357-5035 v1
06836-0089

- 3 -

1:17-BK-13413-VK
OBJECTION TO SECOND AMENDED PLAN

# Exhibit A

Form **1040** Department of the Treasury — Internal Revenue Service (99)

**U.S. Individual Income Tax Return** **2017** OMB No. 1545-0074  IRS Use Only — Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 2017, or other tax year beginning , 2017, ending , 20  See separate instructions.

Your first name and initial / Last name: **MARK ROSENBERG**
Your social security number: REDACTED

If a joint return, spouse's first name and initial / Last name: **LIRON ROSENBERG**
Spouse's social security number: REDACTED

Home address (number and street): **12731 HATTERAS**

City, town or post office, state, and ZIP code: **VALLEY VILLAGE, CA 91607**

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

### Filing Status
Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here.
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.
5. ☐ Qualifying widow(er) (see instructions)

### Exemptions
6a ☒ **Yourself.** If someone can claim you as a dependent, do not check box 6a.
 b ☒ **Spouse**
Boxes checked on 6a and 6b ... **2**

c **Dependents:**

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit |
|---|---|---|---|
| SHIRA ROSENBERG | REDACTED | DAUGHTER | X |
| ZEV ROSENBERG | REDACTED | SON | X |
| ELANA DINA ROSENBERG | REDACTED | DAUGHTER | X |
| AKIVA A ROSENBERG | REDACTED | SON | X |

No. of children on 6c who:
• lived with you ... **4**
• did not live with you due to divorce or separation (see instructions).
Dependents on 6c not entered above.
Add numbers on lines above ▶ **6**

d Total number of exemptions claimed.

### Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 63,920. |
| 8a Taxable interest. Attach Schedule B if required | 8a | |
| b Tax-exempt interest. Do not include on line 8a  8b | | |
| 9a Ordinary dividends. Attach Schedule B if required | 9a | |
| b Qualified dividends  9b | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes | 10 | 260. |
| 11 Alimony received | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | -3,000. |
| 14 Other gains or (losses). Attach Form 4797 | 14 | |
| 15a IRA distributions  15a  b Taxable amount | 15b | |
| 16a Pensions and annuities  16a  b Taxable amount | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 46,918. |
| 18 Farm income or (loss). Attach Schedule F | 18 | |
| 19 Unemployment compensation | 19 | |
| 20a Social security benefits  20a  b Taxable amount | 20b | |
| 21 Other income. List type and amount | 21 | |
| 22 Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 108,098. |

### Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 Educator expenses | 23 | 250. | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 Health savings account deduction. Attach Form 8889 | 25 | | |
| 26 Moving expenses. Attach Form 3903 | 26 | | |
| 27 Deductible part of self-employment tax. Attach Schedule SE | 27 | | |
| 28 Self-employed SEP, SIMPLE, and qualified plans | 28 | | |
| 29 Self-employed health insurance deduction | 29 | | |
| 30 Penalty on early withdrawal of savings | 30 | | |
| 31a Alimony paid  b Recipient's SSN ▶ | 31a | | |
| 32 IRA deduction | 32 | | |
| 33 Student loan interest deduction | 33 | | |
| 34 Tuition and fees. Attach Form 8917 | 34 | | |
| 35 Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 Add lines 23 through 35 | | 36 | 250. |
| 37 Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | | 37 | 107,848. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  FDIA0112L  02/22/18  Form **1040** (2017)

Schedule E (Form 1040) 2017 — Attachment Sequence No. 13 — Page 2

Name(s) shown on return. Do not enter name and social security name if shown on Page 1.
MARK AND LIRON ROSENBERG

Your social security number: REDACTED

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II — Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(e)** on line 28 and attach **Form 6198**. See instructions.

27  Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section..........  ☐ Yes   ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | ARCADE AND PARTY RENTALS BY GEMS, INC. | S |  | REDACTED |  |
| B |  |  |  |  |  |
| C |  |  |  |  |  |
| D |  |  |  |  |  |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A |  |  |  | 34,710. | 81,628. |
| B |  |  |  |  |  |
| C |  |  |  |  |  |
| D |  |  |  |  |  |
| 29a Totals |  |  |  |  | 81,628. |
| b Totals |  |  |  | 34,710. |  |

| 30 | Add columns (g) and (j) of line 29a........................ | 30 | 81,628. |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b........................ | 31 | -34,710. |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below........................ | 32 | 46,918. |

### Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A |  |  |
| B |  |  |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A |  |  |  |  |
| B |  |  |  |  |
| 34a Totals |  |  |  |  |
| b Totals |  |  |  |  |

| 35 | Add columns (d) and (f) of line 34a........................ | 35 |  |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b........................ | 36 |  |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below........................ | 37 |  |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below.......... | 39 |  |
|---|---|---|---|

### Part V — Summary

| 40 | Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below........................ | 40 |  |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18........................ ▶ | 41 | 46,918. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code V; and Schedule K-1 (Form 1041), box 14, code F (see instructions)........................ | 42 |  |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules........ | 43 |  |

BAA    FDIZ2302L  10/23/17    Schedule E (Form 1040) 2017

| 2017 | **FEDERAL STATEMENTS** | PAGE 1 |
|---|---|---|
| | **MARK AND LIRON ROSENBERG** | REDACTED |

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | SDI |
|---|---|---|---|---|---|---|
| ARCADE & PARTY RENTALS BY GEMS INC. | 34,620. | 4,745. | 2,146. | 502. | 260. | 312. |
| TOTAL | 34,620. | 4,745. | 2,146. | 502. | 260. | 312. |

| SPOUSE - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | SDI |
|---|---|---|---|---|---|---|
| MAIMONIDES ACADEMY | 29,300. | | 1,817. | 425. | | 264. |
| TOTAL | 29,300. | | 1,817. | 425. | | 264. |
| GRAND TOTAL | 63,920. | 4,745. | 3,963. | 927. | 260. | 576. |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **1851 E. First Street, Suite 1550, Santa Ana, CA 92705**

A true and correct copy of the foregoing document entitled (*specify*):
**DECLARATION OF RAFAEL R. GARCIA-SALGADO IN SUPPORT OF SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/21/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard Mark Garber    rickgarber@sbcglobal.net, garberrr82127@notify.bestcase.com
- Rafael R Garcia-Salgado    rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com
- Christina J O    christinao@mclaw.org, CACD_ECF@mclaw.org
- Richard J Reynolds    rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com
- Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
- Gabor Szabo    smdulaw@sbcglobal.net
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **11/21/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Debtor:** | **Judge:** |
|---|---|
| Mark Efrem Rosenberg | Honorable Victoria S. Kaufman |
| 12731 Hatteras Street | United States Bankruptcy Court |
| Valley Village, CA 91607 | Central District of California |
|  | 21041 Burbank Blvd., Suite 354 |
|  | Woodland Hills, CA  91367 |

☐ Service information continued on attached page

///

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4849-3357-5035 v1
06836-0089

- 4 -

1:17-BK-13413-VK
OBJECTION TO SECOND AMENDED PLAN

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **11/21/18** | Bernadette C. Antle | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4849-3357-5035 v1
06836-0089

- 5 -

1:17-BK-13413-VK
OBJECTION TO SECOND AMENDED PLAN